43 A.3d 1160

IN THE MATTER OF LAWRENCE M. TINGHINO, AN
ATTORNEY AT LAW (ATTORNEY NO. 034721994).

June 5, 2012.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–384, concluding that **LAWRENCE M. TINGHINO** of **PARAMUS,** who was admitted to the bar of this State in 1994, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), and *RPC* 1.3(lack of diligence), and good cause appearing;

It is ORDERED that **LAWRENCE M. TINGHINO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.